April 24, 2014



# JUDGMENT

## The Fourteenth Court of Appeals

SHEILA ADAMS, Appellant

NO. 14-13-00421-CV                     V.

GOLDEN RULE SERVICE, INC., Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Golden Rule Service, Inc., signed April 18, 2013, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Sheila Adams, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.